# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:12-CR-03029-1-BCW |
| ) | |
| DERICK JAMES MACK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation (Doc. #55) denying Defendant's Motions to Dismiss (Docs. #30, #34, #41, #43, #44, #45, and #46). Neither party filed an objection to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation (Doc. #55) be attached to and made part of this Order, and denies Defendant's Motions to Dismiss (Docs. #30, #34, #41, #43, #44, #45, and #46).

IT IS SO ORDERED.

DATED: January 22, 2013  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT